870

No. 75–1678. FEDERAL POWER COMMISSION *v.* MISSISSIPPI PUBLIC SERVICE COMMISSION ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE MARSHALL would grant certiorari. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 75–6791. SENTER *v.* GENERAL MOTORS CORP. C. A. 6th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 75–1743. DOYLE ET AL. *v.* SHEEHAN. C. A. 1st Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari.

No. 75–1744. E–T INDUSTRIES, INC. *v.* WHITTAKER CORP. ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–1786. FEED SERVICE CORP. *v.* KENT FEEDS, INC., ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 76–57. FIRST NATIONAL BANK OF CHICAGO *v.* GOLDMAN. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–1759. JOHNSON, A MINOR, BY MILLER *v.* WHITTIER, COMMISSIONER OF EDUCATION OF KANSAS, ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 75–1801. NORTH CAROLINA *v.* CHAS. PFIZER & CO., INC., ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition.